FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 5 2024

TAMMY H. DOWNS, CLERK
By:_____
PLAINTIFF DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANA RENARD

VS.                    CASE NO. 4:24-CV- 589-DPM

BAXTER HEALTHCARE CORPORATION;
and HILL-ROM COMPANY, INC.                              DEFENDANTS

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, defendants give notice of the removal of this action from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Central Division. As grounds for this removal, defendants state:

1. This lawsuit was filed on April 26, 2024, in the Circuit Court of Pulaski County, Arkansas, as civil action number 60CV-24-2448. This suit is a civil action within the meaning of the Acts of Congress relating to the removal of cases in federal court.

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Kearney**

2. Plaintiff Dana Renard ("Renard") asserts claims under the Arkansas and Federal Equal Pay Act (EPA) and the Arkansas Civil Rights Act (ACRA). *See* Pl.'s Compl. ¶ 3, 19. Among other things, Renard demands compensatory, liquidated, and punitive damages "in an amount exceeding that required for diversity jurisdiction." *See* Pl.'s Compl., at pg. 3.

3. Defendants were served with the complaint on June 18, 2024.[1] This Notice of Removal is filed within thirty (30) days of the first delivery of the complaint.

---

[1] Defendants reserve all Fed. R. Civ. P. 12(b) defenses, including all service defenses.

3157433-v1

A copy of the complaint and summons is attached to this notice as **Exhibit A**. This constitutes all "process, pleadings, and orders" served to date. The remaining documents filed in state court are attached as **Exhibit B**.

4.      The suit is removed pursuant to 28 U.S.C. § 1441(a). Jurisdiction in the United States District Court for the Eastern District of Arkansas is based on 28 U.S.C. §§ 1331 and 1332(a).

5.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because this action purports to arise under the laws of the United States of America, specifically the federal EPA. *See* Pl.'s Compl. ¶¶ 3, 19.

6.      This Court also has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the plaintiff and all defendants, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7.      Upon information and belief, and based on the allegations of the complaint, Renard is an individual citizen and resident of the State of Arkansas. *See* Pl.'s Compl. ¶ 1.

8.      Defendant Baxter Healthcare Corporation is a corporation formed under the laws of the State of Delaware with its principal place of business in Deerfield, Illinois. A corporation is deemed to be a citizen of its state of incorporation and the state of its principal place of business. *See* 28 U.S.C. § 1332(c)(1). As such, Baxter Healthcare Corporation is a citizen of both Delaware and Illinois.

2

9.      Defendant Hill-Rom Company, Inc. is a corporation formed under the laws of the State of Indiana with its principal place of business in Deerfield, Illinois. A corporation is deemed to be a citizen of its state of incorporation and the state of its principal place of business. *See* 28 U.S.C. § 1332(c)(1). As such, Hill-Rom Company, Inc. is a citizen of both Indiana and Illinois.

10.     As to the amount in controversy, Renard alleges that she seeks "an amount exceeding that required for diversity jurisdiction." *See* Pl.'s Compl. ¶ 3. Particularly, she seeks back pay, front pay or a raise, compensatory damages, liquidated damages, and punitive damages. *See* Pl.'s Compl., at pg. 3. Thus, pursuant to 28 U.S.C. § 1446(c)(2)(A), defendants assert that the amount in controversy exceeds the amount of $75,000.00, exclusive of costs and interest.

11.     Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a).

12.     Pursuant to 28 U.S.C. § 1367, the Court also has supplemental jurisdiction over Renard's parallel claims under state law because those claims arise out of the same operative facts as her claims under federal law and the U.S. Constitution, and therefore "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

13.     The United States District Court for the Eastern District of Arkansas, Central Division, embraces the county in which the state court action is now pending. *See* 28 U.S.C. § 83(a)(1).

14.     All served and properly joined defendants consent to the removal of this action to federal court as required by 28 U.S.C. § 1446(b)(2).

3

3157433-v1

15.    Undersigned counsel state that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose. In accordance with 28 U.S.C. § 1446(d), defendants will file a file-marked copy of this notice of removal with the Circuit Clerk of Pulaski County, Arkansas.

WHEREFORE, defendants remove this action from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Central Division, and seek resolution by this Court of all issues raised herein.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: dljones@wlj.com; sshroff@wlj.com

By: _____
     Daveante Jones (2016163)
     Shelby H. Shroff (2019234)

*Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, a copy of the foregoing was served by email and U.S. Mail, postage prepaid, upon the following:

Luther Oneal Sutter
Lucien R. Gillham
1501 N. Pierce, Suite 105
Little Rock, AR 72207
Luther.sutterlaw@gmail.com
Lucien.gillham@gmail.com

*Attorneys for Plaintiff*

_____
Daveante Jones

5

3157433-v1

 **Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
06/18/2024
CT Log Number 546676261

## Service of Process Transmittal Summary

**TO:**   Baxter All Types SOP
Baxter Healthcare Corporation
1 Baxter Pkwy
Deerfield, IL 60015-4633

**RE:**   **Process Served in Arkansas**

**FOR:**   Baxter Healthcare Corporation  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DANA RENARD // To: Baxter Healthcare Corporation |
| **CASE #:** | 60CV243337 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **PROCESS SERVED ON:** | CT Corporation System, Little Rock, AR |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/18/2024 |
| **JURISDICTION SERVED:** | Arkansas |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification, Irene Chavez  irene_chavez@baxter.com |
| | Email Notification, April Harper  april_harper@baxter.com |
| | Email Notification, Baxter All Types SOP  Deerfield_CORP_Legal_Service_Process@baxter.com |
| | Email Notification, Nicole Bucci  nicole_bucci@baxter.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System  320 S. Izard Street  Little Rock, AR 72201  877-564-7529  MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT A**

Page 1 of 1

SUTTER & GILLHAM, P.L.LC.
% Elizabeth Hodges
1501 N Pierce St Ste 105
Little Rock AR 72207-5222

LITTLE ROCK AR 720
17 JUN 2024 PM 4 L



$16.18⁰
US POSTAGE
FIRST-CLASS
FROM 72207
06/17/2024
stamps
endicia

RESTRICTED
DELIVERY

HILL-ROM COMPANY, INC. DEFENDANTS
% CT CORPORATION SYSTEM,
320 S Izard St
LITTLE ROCK AR 72201-2114



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL°



9589 0710 5270 1128 7063 90

# SUTTER & GILLHAM, P.L.L.C.

## ~ ATTORNEYS AT LAW ~

PHYSICAL ADDRESS: 1501 N. PIERCE, STE. 105, LITTLE ROCK, AR 72207
TELEPHONE 501/315-1910 FACSIMILE 501/315-1916

LUTHER ONEAL SUTTER, P.A.
LUTHER.SUTTERLAW@GMAIL.COM

LUCIEN R. GILLHAM, P.A.
LUCIEN.GILLHAM@GMAIL.COM

CALEB BAUMGARDNER
CALEB.SGLAW@GMAIL.COM

### *via Certified Mail/Return Receipt/Restricted*

June 17, 2024

BAXTER HEALTHCARE CORPORATION
% CT CORPORATION SYSTEM,
320 S. IZARD, LITTLE ROCK, AR 72201

    Re:    **Renard v Baxter, *et al***
               **Pulaski Circuit Case No. 60CV-24-3337**

Dear Sir/ Madam:

Enclosed please find a copy of a Summons and Complaint, all of which have been issued and filed in the above captioned case naming you as the Registered Agent for Defendant, BAXTER HEALTHCARE CORPORATION.

These documents are being sent to you for the purpose of service upon you, pursuant to Rule 4 of the Arkansas Rules of Civil Procedure. You need to read the documents take appropriate action on your behalf. Your failure to so respond to the Summons will result in a Judgment of the Court being entered not withstanding your objection.

Sincerely,

*Luther Sutter*

Luther Oneal Sutter, Esq.
**SUTTER & GILLHAM, P.L.L.C.**

*Lucien R. Gillham*

Lucien R. Gillham, Esq.
**SUTTER & GILLHAM, P.L.L.C.**

LOS/eah

Enclosure (noted)

**IN THE CIRCUIT COURT OF PULASKI COUNTY**
**__ DIVISION**

**DANA RENARD**                                                                    **PLAINTIFF**

    **VS.**                     **CASE NO. 60CV-24-_____**

**BAXTER HEALTHCARE CORPORATION,**
**AND HILL-ROM COMPANY, INC.**                                **DEFENDANTS**

<u>***SUMMONS***</u>

**THE STATE OF ARKANSAS TO DEFENDANT:**

**BAXTER HEALTHCARE CORPORATION. % CT CORPORATION SYSTEM, 320 S. IZARD, LITTLE ROCK, AR 72201**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the Plaintiff or Plaintiff's attorney, whose name and address are: **Luther Sutter, Lucien Gillham, or Caleb Baumgardner, SUTTER & GILLHAM, P.L.L.C., 1501 N. Pierce, Ste. 105, Little Rock, AR 72207.**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**ADDITIONAL NOTICES INCLUDED:** Summons and Complaint and Notice of Consent if and when issued by the Circuit Court Clerk's Office.

Address of Clerk's Office:          CLERK OF COURT

Pulaski County Circuit Clerk
401 W. Markham
Little Rock, AR 72201

                           _____
                           [Signature of Clerk or Deputy Clerk]

                           _____
                           [SEAL]



**Case Title:**   DANA RENARD V BAXTER HEALTHCARE CORP ET AL

**Case Number:**   60CV-24-3337

**Type:**   SUMMONS - FILER PREPARED

So Ordered

Jane Valenzuela

Electronically signed by JDVALENZUELA on 2024-04-26    page 2 of 2

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Apr-26  09:52:06
60CV-24-3337
C06D06 : 3 Pages

**IN THE CIRCUIT COURT OF PULASKI COUNTY**
**___ DIVISION**

**DANA RENARD**                                                                    **PLAINTIFF**

VS.                            **CASE NO. 60CV-24-_____**

**BAXTER HEALTHCARE CORPORATION,**
**AND HILL-ROM COMPANY, INC.**                                      **DEFENDANTS**
### COMPLAINT

COMES NOW, the Plaintiff, **DANA RENARD**, by and through counsel, **SUTTER &**

**GILLHAM, P.L.L.C.**, who for her Complaint, states:

## PARTIES AND JURISDICTION

1.      Plaintiff is a citizen and resident of Pulaski County, Arkansas, and has been at all

times relevant hereto.

2.      Defendant, Baxter Healthcare Corporation, (hereinafter "Baxter"), is a foreign

corporation, operating for profit, in Pulaski County, Arkansas in an industry substantially

impacting interstate commerce. Defendant, Hill-Rom Company, Inc., (hereinafter "Hill-Rom"), is

a foreign corporation, operating for profit, in Pulaski County, Arkansas, in an industry substantially

impacting interstate commerce.

3.      This is an action brought for violation of the federal Equal Pay Act, the Arkansas

Equal Pay Act, and the Arkansas Civil Rights Act, in an amount exceeding that required for

diversity jurisdiction.

4.      Accordingly, there is personal jurisdiction, subject matter jurisdiction, and venue is

proper.

## FACTS

5.      Plaintiff began working for Hill-Rom in 2011.

6.      Over the years she has been promoted several times, and, at her February

evaluation, she received a 1.75% raise.

7.    Since 2019, Plaintiff has been a Service Operations Manager.

8.    In 2021, Baxter purchased Hill-Rom.

9.    Hill-Rom's corporate status, personnel, structure, chain of command, customers, and business remained intact, and even the Hill-Rom name continues to be used. Defendants employ more than 500 people in the state of Arkansas during more than twenty (20) weeks of the year. However, it now operates as Baxter, and has interlocking structures, policies, organizations, board members. Accordingly, Baxter has successor liability for Hill-Rom and is a joint-employer of Plaintiff with Hill-Rom.

10.    In October 2022, Plaintiff learned that she was paid below the minimum. She was told that she would get it moved up to minimum. Plaintiff's boss discussed with her the fact that she was not being paid enough. In 2024, there were three (3) service managers who were being paid below minimum.

11.    Over the years it has been discussed, and Plaintiff continues to remain below minimum, and she has not been raised up to where she should be because her boss's boss will not approve the raises.

12.    There are approximately 45-50 service managers.

13.    Many of the service managers are male.

14.    They all have the same or similar duties, work under the same or similar conditions, and have the same or similar experiential and educational requirements to be in that job.

15.    Male service managers are being paid at least minimum, and many well above that.

16.    In February, Plaintiff was told she would get a raise that would get her above minimum. It is now late April, and that has not happened.

17.    Plaintiff is filing an EEOC charge for gender discrimination and will amend to add Title VII claims after a Right to Sue letter is issued.

## COUNT I

18.     Plaintiff restates the foregoing as if fully stated herein.

19.     By virtue of the facts alleged herein, Defendants have violated the Federal Equal Pay Act, the Arkansas Equal Pay Act, and the Arkansas Civil Rights Act (Section 107(a)(1)).

20.     By virtue of the facts alleged herein, Defendants have caused Plaintiff to lose wages, endure mental, emotional suffering, and lose earning capacity.

21.     Defendants' actions have been intentional, willful, malicious, and reckless violation of her rights, and punitive damages are merited.

## JURY DEMAND

22.     Plaintiff prays for a trial by jury

## PRAYER

WHEREFORE, PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF: back pay, front pay or a raise, compensatory damages, liquidated damages, punitive damages, reasonable fees and costs, training for management, an apology, an 800#, posting of this verdict, an analysis of pay for service managers to repair gender discrimination for other women, a jury trial on all matters so triable, and all other appropriate relief.

Respectfully submitted,

SUTTER& GILLHAM, P.L.L.C.
Attorneys at Law
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
(501) 315-1910 - Office
(501) 315-1916 – Facsimile
Counsel for the Plaintiff(s)

By:     /s/ Luther Oneal Sutter
        Luther Sutter, Esq. ARBN 95031

By:     /s/ Lucien Gillham
        Lucien Gillham, Esq., ARBN 99199

## IN THE CIRCUIT COURT OF PULASKI COUNTY
## ___ DIVISION

**DANA RENARD**                                             **PLAINTIFF**

**VS.**                 **CASE NO. 60CV-24-_____**

**BAXTER HEALTHCARE CORPORATION,**
**AND HILL-ROM COMPANY, INC.**                      **DEFENDANTS**

### *SUMMONS*

**THE STATE OF ARKANSAS TO DEFENDANT:**

**BAXTER HEALTHCARE CORPORATION. % CT CORPORATION SYSTEM, 320 S. IZARD, LITTLE ROCK, AR 72201**

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the Plaintiff or Plaintiff's attorney, whose name and address are: **Luther Sutter, Lucien Gillham, or Caleb Baumgardner, SUTTER & GILLHAM, P.L.L.C., 1501 N. Pierce, Ste. 105, Little Rock, AR 72207.**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**ADDITIONAL NOTICES INCLUDED**:  Summons and Complaint and Notice of Consent if and when issued by the Circuit Court Clerk's Office.

Address of Clerk's Office:                 CLERK OF COURT

Pulaski County Circuit Clerk
401 W. Markham
Little Rock, AR 72201

_____
[Signature of Clerk or Deputy Clerk]
_____
[SEAL]

**EXHIBIT B**



**Case Title:**     DANA RENARD V BAXTER HEALTHCARE CORP ET AL

**Case Number:**    60CV-24-3337

**Type:**        SUMMONS - FILER PREPARED

So Ordered

Jane Valenzuela

Electronically signed by JDVALENZUELA on 2024-04-26    page 2 of 2

**IN THE CIRCUIT COURT OF PULASKI COUNTY**
**___ DIVISION**

**DANA RENARD**                                                                              **PLAINTIFF**

      **VS.**            **CASE NO. 60CV-24-_____**

**BAXTER HEALTHCARE CORPORATION,**
**AND HILL-ROM COMPANY, INC.**                                               **DEFENDANTS**

<u>*SUMMONS*</u>

**THE STATE OF ARKANSAS TO DEFENDANT:**

**HILL-ROM COMPANY, INC., % CT CORPORATION, 320 S. IZARD STREET, LITTLE ROCK, AR 72201**

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the Plaintiff or Plaintiff's attorney, whose name and address are: **Luther Sutter, Lucien Gillham, or Caleb Baumgardner, SUTTER & GILLHAM, P.L.L.C., 1501 N. Pierce, Ste. 105, Little Rock, AR 72207**.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**ADDITIONAL NOTICES INCLUDED**:  Summons and Complaint and Notice of Consent if and when issued by the Circuit Court Clerk's Office.

Address of Clerk's Office:                                    CLERK OF COURT

Pulaski County Circuit Clerk
401 W. Markham
Little Rock, AR 72201

                                        _____

[Signature of Clerk or Deputy Clerk]
_____

[SEAL]



**Case Title:**     DANA RENARD V BAXTER HEALTHCARE CORP ET AL

**Case Number:**   60CV-24-3337

**Type:**           SUMMONS - FILER PREPARED

So Ordered

_Signature_

Jane Valenzuela

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Jul-10  14:44:17
60CV-24-3337
C06D06 : 4 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY
## ___ DIVISION

**DANA RENARD**                                                    **PLAINTIFF**

**VS.**                    **CASE NO. 60CV-24-_____**

**BAXTER HEALTHCARE CORPORATION,**
**AND HILL-ROM COMPANY, INC.**                          **DEFENDANTS**

### *SUMMONS*

**THE STATE OF ARKANSAS TO DEFENDANT:**

**BAXTER HEALTHCARE CORPORATION. ℅ CT CORPORATION SYSTEM, 320 S. IZARD, LITTLE ROCK, AR 72201**

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the Plaintiff or Plaintiff's attorney, whose name and address are: **Luther Sutter, Lucien Gillham, or Caleb Baumgardner, SUTTER & GILLHAM, P.L.L.C., 1501 N. Pierce, Ste. 105, Little Rock, AR 72207.**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**ADDITIONAL NOTICES INCLUDED:**  Summons and Complaint and Notice of Consent if and when issued by the Circuit Court Clerk's Office.

Address of Clerk's Office:                    CLERK OF COURT

Pulaski County Circuit Clerk
401 W. Markham
Little Rock, AR 72201

_____
[Signature of Clerk or Deputy Clerk]
_____
[SEAL]



**Case Title:**    DANA RENARD V BAXTER HEALTHCARE CORP ET AL

**Case Number:**    60CV-24-3337

**Type:**    SUMMONS - FILER PREPARED

So Ordered

Jane Valenzuela

Electronically signed by JDVALENZUELA on 2024-04-26    page 2 of 2

# SUTTER & GILLHAM, P.L.L.C.

## ~ ATTORNEYS AT LAW ~

PHYSICAL ADDRESS: 1501 N. PIERCE, STE. 105, LITTLE ROCK, AR 72207
TELEPHONE 501/315-1910 FACSIMILE 501/315-1916

LUTHER ONEAL SUTTER, P.A.
LUTHER.SUTTERLAW@GMAIL.COM

LUCIEN R. GILLHAM, P.A.
LUCIEN.GILLHAM@GMAIL.COM

CALEB BAUMGARDNER
CALEB.SGLAW@GMAIL.COM

*via Certified Mail/Return Receipt/Restricted*

June 17, 2024

BAXTER HEALTHCARE CORPORATION
% CT CORPORATION SYSTEM,
320 S. IZARD, LITTLE ROCK, AR 72201

  Re: **Renard v Baxter,** *et al*
    **Pulaski Circuit Case No. 60CV-24-3337**

Dear Sir/ Madam:

Enclosed please find a copy of a Summons and Complaint, all of which have been issued and filed in the above captioned case naming you as the Registered Agent for Defendant, BAXTER HEALTHCARE CORPORATION.

These documents are being sent to you for the purpose of service upon you, pursuant to Rule 4 of the Arkansas Rules of Civil Procedure. You need to read the documents take appropriate action on your behalf. Your failure to so respond to the Summons will result in a Judgment of the Court being entered not withstanding your objection.

Sincerely,

*Luther Sutter*

Luther Oneal Sutter, Esq.
**SUTTER & GILLHAM, P.L.L.C.**

LOS/eah

Enclosure (noted)



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*.

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage

Sent To BAXTER HEALTHCARE CORP
  % CT CORPORATION SYSTEM,
  320 S. IZARD STREET

Postmark Here

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527011128706390

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 11:40 am on June 18, 2024 in LITTLE ROCK, AR 72202.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

LITTLE ROCK, AR 72202
June 18, 2024, 11:40 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                    ⌄

**USPS Tracking Plus®**                    ⌄

**Product Information**                    ⌄

See Less ⌃

Track Another Package

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Jul-10 14:44:17
60CV-24-3337
C06D06 : 4 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY
## ___ DIVISION

**DANA RENARD**                                                               **PLAINTIFF**

     **VS.**                  **CASE NO. 60CV-24-_____**

**BAXTER HEALTHCARE CORPORATION,**
**AND HILL-ROM COMPANY, INC.**                                       **DEFENDANTS**

### _SUMMONS_

### THE STATE OF ARKANSAS TO DEFENDANT:

### HILL-ROM COMPANY, INC., % CT CORPORATION, 320 S. IZARD STREET, LITTLE ROCK, AR 72201

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the Plaintiff or Plaintiff's attorney, whose name and address are: **Luther Sutter, Lucien Gillham, or Caleb Baumgardner, SUTTER & GILLHAM, P.L.L.C., 1501 N. Pierce, Ste. 105, Little Rock, AR 72207.**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**ADDITIONAL NOTICES INCLUDED:**  Summons and Complaint and Notice of Consent if and when issued by the Circuit Court Clerk's Office.

Address of Clerk's Office:                  CLERK OF COURT

Pulaski County Circuit Clerk
401 W. Markham
Little Rock, AR 72201

_____

[Signature of Clerk or Deputy Clerk]

_____

[SEAL]



**Case Title:**    DANA RENARD V BAXTER HEALTHCARE CORP ET AL

**Case Number:**    60CV-24-3337

**Type:**    SUMMONS - FILER PREPARED

So Ordered

Jane Valenzuela

Electronically signed by JDVALENZUELA on 2024-04-26    page 2 of 2

# SUTTER & GILLHAM, P.L.L.C.
## ~ ATTORNEYS AT LAW ~
### PHYSICAL ADDRESS: 1501 N. PIERCE, STE. 105, LITTLE ROCK, AR 72207
### TELEPHONE 501/315-1910 FACSIMILE 501/315-1916

LUTHER ONEAL SUTTER, P.A.  
LUTHER.SUTTERLAW@GMAIL.COM

LUCIEN R. GILLHAM, P.A.  
LUCIEN.GILLHAM@GMAIL.COM

CALEB BAUMGARDNER  
CALEB.SGLAW@GMAIL.COM

*via Certified Mail/Return Receipt/Restricted*

June 17, 2024

HILL-ROM COMPANY, INC. DEFENDANTS  
% CT CORPORATION SYSTEM,  
320 S. IZARD STREET  
LITTLE ROCK, AR 72201

> **Re:**  **Renard v Baxter,** *et al*  
> **Pulaski Circuit Case No. 60CV-24-3337**

Dear Sir/ Madam:

Enclosed please find a copy of a Summons and Complaint, all of which have been issued and filed in the above captioned case naming you as the Registered Agent for Defendant, HILL-ROM COMPANY, INC.

These documents are being sent to you for the purpose of service upon you, pursuant to Rule 4 of the Arkansas Rules of Civil Procedure. You need to read the documents take appropriate action on your behalf. Your failure to so respond to the Su~~mmons will result in a Judgment of the Court being entered not withstanding your objection.

Sincerely,

*Luther Sutter*

Luther Oneal Sutter, Esq.  
**SUTTER & GILLHAM, P.L.L.C.**

LOS/eah

Enclosure (noted)



ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTH, SOUTHEAST, AND CENTRAL U.S. ...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527011128706369

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 2:01 pm on June 20, 2024 in LITTLE ROCK, AR 72202.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

LITTLE ROCK, AR 72202
June 20, 2024, 2:01 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                  ⌄

**USPS Tracking Plus®**                                                   ⌄

**Product Information**                                                   ⌄

See Less ⌃

Track Another Package