IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANA RENARD                                                              PLAINTIFF

v.                          No. 4:24-cv-589-DPM

BAXTER HEALTHCARE
CORPORATION and HILL-ROM
COMPANY, INC.                                                          DEFENDANTS

## JUDGMENT

Renard's complaint is dismissed with prejudice. The Court retains jurisdiction until 27 May 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

26 March 2025